# UNITED STATES DISTRICT COURT
## SOUTHERN OF TEXAS
## HOUSTON DIVISION

**P.C.F. Properties in TX, LLC.**                                    25-CIV-1439
*Plaintiffs*

vs.

**Jireh Pitts, Elizabeth Thomas,**
**Jasmine B .Jarbis, , and Monique**
**Moore   et al.,**
                              *Defendants*

## FILING OF STATE COURT RECORDS

| No. | Date Filed | Document | New Filing Party |
|---|---|---|---|
| Exhibit 1 | July 11, 2024 | New Misc Petition/Motion initiating a **new Case** | P.C.F. Properties in TX, LLC, against, James M. Andersen Elizabeth Thomas, Jasmine Jarbis, Jireh Pitts, Monique Moore and Shelvy Spires et |
| Exhibit 2 | July 11, 2020 | Proposed Order | |
| Exhibit 3 | June 6, 2024 | Certificate of Fact | Texas Secretary of State |

Movant will supplement this list  as necessary.

Dated: April 14, 2025.                    Respectfully submitted

                              **JAMES M. ANDERSEN**
                              **ATTORNEY AT LAW**

                              /s/James M. Andersen
                              James M. Andersen
                              Attorney at Law
                              Texas State Bar No. 01165850
                              P. O. Box 58554
                              Webster, Texas 77598-8554
                              Tel. (281)488-2800
                              Fax. (281)480-4851
                              jandersen.law@gmail.com

7/11/2024 1:16 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 89675417
By: DANIELLE JIMENEZ
Filed: 7/11/2024 1:16 PM

*CAUSE NO. 2020-35780

| | | |
|---|---|---|
| JAMES ALLAN, ROBERT L. THOMAS and ALLAN HAYE, | § § § | IN THE DISTRICT COURT |
| *Plaintiffs/Counter-Defendants*, | § | |
| | § | 80th JUDICIAL DISTRICT |
| v. | § § | |
| | § | |
| PCF PROPERTIES IN TEXAS, LLC, ET AL | § § | HARRIS COUNTY, TEXAS |
| *Defendant/Third-Party Plaintiff* | § | |

MISC. DOCKET NO. 2020-35780

In Re: A Purported                                    In the District Court
Lien or Claim Against Real Property Owned by  In and For Harris County, Texas
P.C.F. Properties in TX, LLC                      80th Judicial District

**Motion for Judicial Review of Documentation**

**or Instrument Purporting to Create Liens or Claims**

Now Comes, P.C.F. Properties in TX, LLC and files this motion requesting a judicial determination of the status of documentation or instruments purporting to create interests in real property, or liens or claims on real, or an interest in real property relating to 8202 Terra Valley Lane, Tomball, TX 77375, all of which are filed in the office of the Clerk of Harris County, Texas, and in support of the motion would show the court as follows:

I.        P.C.F. Properties in TX, LLC, Movant herein, is the owner of the real property commonly known as 8202 Terra Valley Lane, Tomball, TX 77375, or the interest in real property described in the documentation or instrument. The Property is more particularly described as:

Lot Twenty-Five (25), in Block Two (2), of Miramar Lake Section Three (3), a Subdivision in Harris County, Texas, according to the Map or Plat thereof recorded under Film Code No. 553108 of the Map Records of Harris County, Texas.

Movant's interest in the Property is derived from a Trustee's Deed from Anna C. Sewart dated March 13, 2020, and recorded under Instrument No. RP-2020-116398 in the Real Property Records of Harris County, Texas.  Movant also is the holder of a final judgment dated April 19, 2023, in Case No. 2020-35780, by the 80th Judicial District Court, Harris County, Texas, in *Thomas, et al v. P.C.F. Properties in TX, LLC., et al*.  The Judgment quieted title to the Property, avoiding all other claims and/or interests in the Property.

II.     As set forth below, in the exercise of the county clerk's official duties as County Clerk of Harris County, Texas, the county clerk received and filed and recorded the following documentation or instruments attached hereto and containing 22 pages. Said documentation or instruments purport to have created liens or claim interests on the Terra Valley Property, or a purported legal interest in real property against one the parties listed below:

| Instrument No. | Date Recorded | Type | Grantor | Grantee |
|---|---|---|---|---|
| EXHIBIT A RP-2023-141432 | 04/20/2023 | Release of Lien | ANDERSEN JAMES M | THOMAS ELIZABETH |
| EXHIBIT B RP-2023-148789 | 04/26/2023 | Warranty Deed | MOORE MONIQUE | BEGUESSE-JARBIS JASMINE |
| EXHIBIT C RP-2023-428601 | 11/09/2023 | Lis Pendens[1] | PITTS JIREH | P C F INVESTMENTS INC P C F PROPERTIES IN TX LLC P C F PROPERTY MANAGEMENT LLC |
| EXHIBIT D RP-2023-455646 | 12/04/2023 | Warranty Deed | MOORE MONIQUE | THOMAS ELIZABETH |

---

[1] P.C.F. Properties in TX, LLC is not a named party in the litigation and the Lis Pendens alleges facts not supported by any court record.

| EXHIBIT. E RP-2024-49552 | 02/13/2024 | Deed of Trust | JARBIS JASMINE B | SPIRES SHELVY |
|---|---|---|---|---|
| EXHIBIT. F RP-2024-175520 | 05/14/2024 | Notice of Trustee's Sale | NRIA MAIKI SPIRES SHELVY | JARBIS JASMINE |
| EXHIBIT. G RP-2024-209741 | 06/10/2024 | Trustee's Deed | JARBIS JASMINE B NRIA MALKI | SPIRES SHELVY |

III.    Movant alleges that these deeds, documents and/or instruments attached hereto are fraudulent, as defined by Section 51.901(c)(2), Government Code, and that these deeds, documentation, and/.or instrument should therefore not be accorded lien or claim status and should be removed from Movant's chain of title..

IV.    Movant attests that assertions herein are true and correct.

V.    Movant does not request the court to make a finding as to any underlying claim of the parties involved and acknowledges that this motion does not seek to invalidate a legitimate lien.  Movant further acknowledges that movant may be subject to sanctions, as provided by Chapter 10, Civil Practice and Remedies Code, if this motion is determined to be frivolous.

Unofficial Copy Office of Marilyn Burgess District Clerk

PRAYER

Movant requests the court to review the attached documentation or instrument and enter an

order determining whether it should be accorded lien status, together with such other orders as the

court deems appropriate.

Respectfully submitted,

BARRY & SEWART. PLLC


___/s/ John V. Burger_____
David W. Barry, SBN: 01835200
Anna C. Sewart, SBN: 24029832
Austin R. DuBois, SBN: 24065170
John V. Burger, SBN: 03378650
Christopher T. Boyd, SBN: 24108500BARRY
& SEWART, PLLC
4151 Southwest Freeway, Suite 680
Houston, Texas 77027
Tel.  (713) 722-0281
Fax. (713) 722-9786
Email:   john@barryandsewart.com
            evictions@barryandsewart.com

*Attorneys for Movant, P.C.F. Properties in*
*TX, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the forgoing was served to all parties in interest listed below by electronic delivery as allowed by the Texas Rules of Civil Procedure by first class United States mail, postage prepaid, on or before the 11th day of July, 2024.

James M. Andersen
Agent for Jireh Pitts
PO Box 58554
Webster, TX 77598

Jasmine Beguesse-Jarbis
2844 Kings Circle
Kingwood, TX 77345

Jasmine Jarbis
8292 Terra Valley Lane
Tomball, TX 77375

Elizabeth Thomas
8202 Terra Valley Lane
Tomball, TX 77375

Don Burris
1302 Waugh Dr.
Houston, TX 77019

Shelvy Spires
6046 FM 2920
Spring, TX 77379

Maiki Nria
6046 FM 2920
Spring, TX 77379

　　　　　　　　　　　　　　　　　　　　 /s/ *John V. Burger*
　　　　　　　　　　　　　　　　　　　 John V. Burger

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

e File on behalf of John Burger
Bar No. 3378650
efile@barryandsewart.com
Envelope ID: 89675417
Filing Code Description: Motion (No Fee)
Filing Description: MOTION TO AVOID LIENS & DEEDS3
Status as of 7/11/2024 1:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Colleen McClure | | colleen.mcclure@att.net | 7/11/2024 1:16:46 PM | SENT |
| James Allen | | jamesthegreat74@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| Colleen McClure | | mcclurelegalassistant@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| HONORABLE ADMINSTRATIVE JUDGE SUSAN BROWN HONORABLE ADMINSTRATIVE JUDGE SUSAN BROWN | | Rebecca_Brite@justex.net | 7/11/2024 1:16:46 PM | SENT |
| Keith AWolfshol | | KeithW@barryandsewart.com | 7/11/2024 1:16:46 PM | SENT |
| AUSTIN DUBOIS | | austin@barryandsewart.com | 7/11/2024 1:16:46 PM | SENT |
| ANNA SEWART | | ACSEWART@BARRYANDSEWART.COM | 7/11/2024 1:16:46 PM | SENT |
| Nicholas Frame | | nick@barryandsewart.com | 7/11/2024 1:16:46 PM | SENT |
| Alzadia Spires | | alzadia@spireslawfirm.com | 7/11/2024 1:16:46 PM | SENT |
| ELIZABETH THOMAS | | TETHOMAS3@AOL.COM | 7/11/2024 1:16:46 PM | SENT |
| James Andersen | | jandersen.law@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| Wm. LanceLewis | | llewis@qslwm.com | 7/11/2024 1:16:46 PM | SENT |
| Rachel Hytken | | rhytken@qslwm.com | 7/11/2024 1:16:46 PM | SENT |
| Keith Nguyen | | krnlawfirm@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| Honorable Judge Susan Brown Judge Susan Brown | | Rebecca_Brite@justex.net | 7/11/2024 1:16:46 PM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk

7/11/2024 1:16 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 89675417
By: DANIELLE JIMENEZ
Filed: 7/11/2024 1:16 PM

MISC. DOCKET NO. 2020-35780

| | |
|---|---|
| In Re: A Purported | In the District Court |
| Lien or Claim Against Real Property Owned by | In and For Harris County, Texas |
| P.C.F. Properties in TX, LLC | 80th Judicial District |

**Judicial Finding of Fact and Conclusion of Law Regarding a Documentation or Instruments Purporting to Create Liens or Claims**

On the _____ day of _____, 2024), in the above entitled and numbered cause, this court reviewed a motion, verified by affidavit, of P.C.F. Properties in TX, LLC and the documentation or instrument(s) attached thereto. No testimony was taken from any party, nor was there any notice of the court's review, the court having made the determination that a decision could be made solely on review of the documentation or instrument under the authority vested in the court under Subchapter J, Chapter 51, Government Code.  1

The court finds as follows (only an item checked and initialed is a valid court ruling):

_____ The documentation or instrument(s) attached to the motion herein IS asserted against real or personal property or an interest in real or personal property and:

(1)  IS provided for by specific state or federal statutes or constitutional provisions;

(2)  IS created by implied or express consent or agreement of the obligor, debtor, or the owner of the real or personal property or an interest in the real or personal property, if required under the laws of this state, or by consent of an agent, fiduciary, or other representative of that person; or

(3)  IS an equitable, constructive, or other lien imposed by a court of competent jurisdiction created or established under the constitution or laws of this state or of the United States.

_____ The documentation or instrument(s) attached to the motion herein:

(1)  IS NOT provided for by specific state or federal statutes or constitutional provisions;

(2)  IS NOT created by implied or express consent or agreement of the obligor, debtor, or the owner of the real or personal property or an interest in the real or personal property, if required under the law of this state or by implied or express consent or agreement of an agent, fiduciary, or other representative of that person;

(3) IS NOT an equitable, constructive, or other lien imposed by a court of competent jurisdiction created by or established under the constitution or laws of this state or the United States; or

(4) IS NOT asserted against real or personal property or an interest in real or personal property. There is no valid lien or claim created by this documentation or instrument(s). The following liens and/or claims against the real property located at 8202 Terra Valley Lane, Tomball, TX 77375, are declared null and void:

| Instrument No. | Date Recorded | Type | Grantor | Grantee |
|---|---|---|---|---|
| EXHIBIT A RP-2023-141432 | 04/20/2023 | Release of Lien | ANDERSEN JAMES M | THOMAS ELIZABETH |
| EXHIBIT B RP-2023-148789 | 04/26/2023 | Warranty Deed | MOORE MONIQUE | BEGUESSE-JARBIS JASMINE |
| EXHIBIT C RP-2023-428601 | 11/09/2023 | Lis Pendens[1] | PITTS JIREH | P C F INVESTMENTS INC P C F PROPERTIES IN TX LLC P C F PROPERTY MANAGEMENT LLC |
| EXHIBIT D RP-2023-455646 | 12/04/2023 | Warranty Deed | MOORE MONIQUE | THOMAS ELIZABETH |
| EXHIBIT. E RP-2024-49552 | 02/13/2024 | Deed of Trust | JARBIS JASMINE B | SPIRES SHELVY |
| EXHIBIT. F RP-2024-175520 | 05/14/2024 | Notice of Trustee's Sale | NRIA MAIKI SPIRES SHELVY | JARBIS JASMINE |
| EXHIBIT. G RP-2024-209741 | 06/10/2024 | Trustee's Deed | JARBIS JASMINE B NRIA MALKI | SPIRES SHELVY |

This court makes no finding as to any underlying claims of the parties involved, and expressly limits its finding of fact and conclusion of law to the review of a ministerial act. The county clerk shall file this finding of fact and conclusion of law in the same class of records as the

---

[1] P.C.F. Properties in TX, LLC is not a named party in the litigation and the Lis Pendens alleges facts not supported by any court record.

subject documentation or instrument was originally filed, and the court directs the county clerk to index it using the same names that were used in indexing the subject documentation or instrument.

SIGNED ON THIS THE _____ DAY OF _____.


_____

DISTRICT JUDGE
80th JUDICIAL DISTRICT
HARRIS COUNTY, TEXAS

## Automated Certificate of eService
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

e File on behalf of John Burger
Bar No. 3378650
efile@barryandsewart.com
Envelope ID: 89675417
Filing Code Description: Motion (No Fee)
Filing Description: MOTION TO AVOID LIENS & DEEDS3
Status as of 7/11/2024 1:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Allen | | jamesthegreat74@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| Colleen McClure | | mcclurelegalassistant@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| HONORABLE ADMINSTRATIVE JUDGE SUSAN BROWN HONORABLE ADMINSTRATIVE JUDGE SUSAN BROWN | | Rebecca_Brite@justex.net | 7/11/2024 1:16:46 PM | SENT |
| Keith AWolfshol | | KeithW@barryandsewart.com | 7/11/2024 1:16:46 PM | SENT |
| AUSTIN DUBOIS | | austin@barryandsewart.com | 7/11/2024 1:16:46 PM | SENT |
| ANNA SEWART | | ACSEWART@BARRYANDSEWART.COM | 7/11/2024 1:16:46 PM | SENT |
| Alzadia Spires | | alzadia@spireslawfirm.com | 7/11/2024 1:16:46 PM | SENT |
| ELIZABETH THOMAS | | TETHOMAS3@AOL.COM | 7/11/2024 1:16:46 PM | SENT |
| James Andersen | | jandersen.law@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| Colleen McClure | | colleen.mcclure@att.net | 7/11/2024 1:16:46 PM | SENT |
| Nicholas Frame | | nick@barryandsewart.com | 7/11/2024 1:16:46 PM | ERROR |
| Wm. LanceLewis | | llewis@qslwm.com | 7/11/2024 1:16:46 PM | SENT |
| Rachel Hytken | | rhytken@qslwm.com | 7/11/2024 1:16:46 PM | SENT |
| Keith Nguyen | | krnlawfirm@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| Honorable Judge Susan Brown Judge Susan Brown | | Rebecca_Brite@justex.net | 7/11/2024 1:16:46 PM | SENT |

7/11/2024 1:16 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 89675417
By: DANIELLE JIMENEZ
Filed: 7/11/2024 1:16 PM

CAUSE NO. 2020-35780

| | | |
|---|---|---|
| JAMES ALLAN, ROBERT L. THOMAS and ALLAN HAYE, | § § § | IN THE DISTRICT COURT |
| *Plaintiffs/Counter-Defendants*, | § | |
| | § | 80th JUDICIAL DISTRICT |
| v. | § | |
| | § | |
| PCF PROPERTIES IN TEXAS, LLC, ET AL | § § | HARRIS COUNTY, TEXAS |
| *Defendant/Third-Party Plaintiff* | § | |

MISC. DOCKET NO. 2020-35780

| | |
|---|---|
| In Re: A Purported | In the District Court |
| Lien or Claim Against Real Property Owned by | In and For Harris County, Texas |
| P.C.F. Properties in TX, LLC | 80th Judicial District |

## NOTICE OF IN-PERSON ORAL HEARING

**Motion for Judicial Review of Documentation
or Instrument Purporting to Create Liens or Claims**

Please take notice that an **in-person** oral hearing will be conducted on August 13, 2024, at

1:30 p.m., to consider and rule P.C.F. PROPERTIES IN TX, LLC's MOTION FOR JUDICIAL

REVIEW OF DOCUMENTATION OR INSTRUMENT PURPORTING TO CREATE LIENS

OR CLAIMS. **THIS IS HEARING WILL BE CONDUCTED by the Honorable Jerlynn**

**Manor, 80th Judicial District Court of Harris County**, Texas, 201 Caroline Street, 13th Floor,

Houston, TX 77002.

Respectfully submitted,

BARRY & SEWART. PLLC


_____/s John V. Burger_____
David W. Barry, SBN: 01835200
Anna C. Sewart, SBN: 24029832
Austin R. DuBois, SBN: 24065170
John V. Burger, SBN: 03378650

BARRY & SEWART, PLLC
4151 Southwest Freeway, Suite 680
Houston, Texas 77027
Tel.  (713) 722-0281
Fax. (713) 722-9786
 Email:  evictions@barryandsewart.com

## <u>CERTIFICATE OF SERVICE</u>

   This is to certify that on July 11, 2024, a true and correct copy of the foregoing pleading has been furnished to all parties as follows:

James M. Andersen
Agent for Jireh Pitts
PO Box 58554
Webster, TX 77598

Jasmine Beguesse-Jarbis
2844 Kings Circle
Kingwood, TX 77345

Jasmine Jarbis
8292 Terra Valley Lane
Tomball, TX 77375

Elizabeth Thomas
8202 Terra Valley Lane
Tomball, TX 77375

Don Burris
1302 Waugh Dr.
Houston, TX 77019

Shelvy Spires
6046 FM 2920
Spring, TX 77379

Maiki Nria
6046 FM 2920
Spring, TX 77379

        <u>/s/John V. Burger</u>
        John V. Burger

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

e File on behalf of John Burger
Bar No. 3378650
efile@barryandsewart.com
Envelope ID: 89675417
Filing Code Description: Motion (No Fee)
Filing Description: MOTION TO AVOID LIENS & DEEDS3
Status as of 7/11/2024 1:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Honorable Judge Susan Brown Judge Susan Brown | | Rebecca_Brite@justex.net | 7/11/2024 1:16:46 PM | SENT |
| Rachel Hytken | | rhytken@qslwm.com | 7/11/2024 1:16:46 PM | SENT |
| Wm. LanceLewis | | llewis@qslwm.com | 7/11/2024 1:16:46 PM | SENT |
| James Allen | | jamesthegreat74@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| Colleen McClure | | mcclurelegalassistant@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| HONORABLE ADMINSTRATIVE JUDGE SUSAN BROWN HONORABLE ADMINSTRATIVE JUDGE SUSAN BROWN | | Rebecca_Brite@justex.net | 7/11/2024 1:16:46 PM | SENT |
| AUSTIN DUBOIS | | austin@barryandsewart.com | 7/11/2024 1:16:46 PM | SENT |
| ANNA SEWART | | ACSEWART@BARRYANDSEWART.COM | 7/11/2024 1:16:46 PM | SENT |
| Alzadia Spires | | alzadia@spireslawfirm.com | 7/11/2024 1:16:46 PM | SENT |
| Colleen McClure | | colleen.mcclure@att.net | 7/11/2024 1:16:46 PM | SENT |
| Nicholas Frame | | nick@barryandsewart.com | 7/11/2024 1:16:46 PM | ERROR |
| Keith AWolfshol | | KeithW@barryandsewart.com | 7/11/2024 1:16:46 PM | SENT |
| ELIZABETH THOMAS | | TETHOMAS3@AOL.COM | 7/11/2024 1:16:46 PM | SENT |
| James Andersen | | jandersen.law@gmail.com | 7/11/2024 1:16:46 PM | SENT |
| Keith Nguyen | | krnlawfirm@gmail.com | 7/11/2024 1:16:46 PM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically

(via CM/ECF) on April 14, 2025, and that all counsel of record were served by CM/EC.

/s/James M. Andersen

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

EXHIBIT-2

Jane Nelson
Secretary of State

# Office of the Secretary of State

### Certificate of Fact

The undersigned, as Secretary of State of Texas, hereby certifies that a diligent search of the records of this office was performed on the name P.C.F. Properties in TX, LLC.  It is further certified that the search revealed the following:

- There is no record of a domestic corporation, professional corporation, professional association, limited partnership, limited liability partnership, or limited liability company by the name searched.
- There is no record of a foreign corporation, professional corporation, professional association, limited partnership, limited liability partnership, limited liability company, business trust, real estate investment trust, or other foreign filing entity with a registration to transact business by the name searched.
- There is no record of an out-of-state financial institution registration by the name searched.
- There is no record of an assumed name certificate on file by the name searched.
- There is no record to indicate that a designation of agent for service of process is on file for a Texas financial institution, unincorporated nonprofit association, or a defense base development authority by the name searched.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on June 06, 2024.



Jane Nelson
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555               Fax: (512) 463-5709               Dial: 7-1-1 for Relay Services
Prepared by: Deborah Rogers               TID: 10256               Document: 1370180040002